# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| TREVOR SANDRAS, ET AL. | CIVIL ACTION NO. 16-0239 |
| versus | JUDGE ELIZABETH FOOTE |
| EXPEDITORS & PRODUCTION SERV. CO. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Joint Motion for Approval of Confidential Settlement Agreement and Release [Doc. 69] and the Unopposed Motion for Attorney's Fees and Litigation Expenses [Doc. 71] are hereby **GRANTED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana on this 29th day of March, 2019.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE